IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| PLAINTIFF, | Civil Action No. |
| *v.* | 1:20-cv-02796-AT |
| ANY AND ALL FUNDS UP TO $389,800.00 MAINTAINED IN J.P. MORGAN CHASE ACCOUNT NUMBER XXXXX0887 IN THE NAME OF ECOMMERCE NATIONAL LLC, *et al.*, | |
| DEFENDANTS. | |

## CONSENT ORDER OF FORFEITURE AND FINAL JUDGMENT

On or about January 28, 2020, pursuant to Federal seizure warrants, the United States of America seized the following defendant property:

a. $58,512.36 in funds from JPMorgan Chase Bank account number ending 0887 held in the name of Ecommerce National LLC, also known as Any and All Funds up to $389,800.00 Maintained in J.P. Morgan Chase account number xxxxx0887 in the Name of Ecommerce National LLC ("Defendant $58,512.36");

b. $122,584.00 in funds from JPMorgan Chase Bank account number ending 2982 held in the name of Ecommerce National LLC, also known as Any and All Funds up to $122,574.00 Maintained in J.P.

1

Morgan Chase Account Number XXXXX2892 in the Name of Ecommerce National LLC ("Defendant $122,584.00"); and

c. $1,190.82 in funds from Wells Fargo Bank account number ending 5130 held in the name of Ecommerce National LLC, also known as Any and All Funds Maintained in Wells Fargo Bank Account Number XXXXXX5130 in the Name of Ecommerce National LLC ("Defendant $1,190.82"),

(collectively, "Defendant Property"). On July 2, 2020, the United States filed this civil forfeiture action, pursuant to 18 U.S.C. § 981(a)(1)(C) and 18 U.S.C. § 981(a)(1)(A), against the Defendant Property. (Doc. 1.) On or about July 15, 2020, the United States sent notice of the filing of this action and a copy of the complaint via certified mail, return receipt requested, and via regular U.S. mail, to all known potential claimants, that is, Ecommerce National LLC d/b/a Tollfreedeals.com and to Nicholas Palumbo, as the owner of Ecommerce National LLC, and to their respective attorneys. (Docs. 10-13.) In addition to serving direct notice on the known potential claimants, the United States also notified all other potential claimants of this action by posting notice of the forfeiture action on an official Government internet site (www.forfeiture.gov) for 30 consecutive days, beginning on July 18, 2020, and ending on August 16, 2020. (Doc. 15.)

On August 19, 2020, Ecommerce National LLC ("Claimant") filed a verified claim pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime

Claims and Asset Forfeiture Actions, alleging an ownership interest in the Defendant Property. (Doc. 18.) No other verified claims have been filed in this action.

The United States and Claimant (collectively, "Parties") have entered into a Stipulation of Final Settlement and Release of All Claims resolving all of the issues as to the Defendant Property raised in the verified complaint for forfeiture. Specifically, the Parties have agreed that the United States shall release to Claimant a portion of Defendant $122,584.00, to wit, $91,143.59 (Ninety-One Thousand One Hundred Forty-Three Dollars and Fifty-Nine Cents), plus accrued interest on the amount to be released, which constitutes a full and final settlement of any and all claims that Claimant, including its agents, officers and employees, has as a result of the investigation and seizure of the Defendant Property described in the verified civil forfeiture complaint filed in this action. In consideration of the foregoing release of property to Claimant, Claimant consents to the forfeiture of the remaining defendant property, to wit, (a) $31,440.41 (Thirty-One Thousand Four Hundred Forty Dollars and Forty-One Cents) of Defendant $122,584.00, (b) Defendant $58,512.36 and (c) Defendant $1,190.82, and releases any and all claims, rights, and causes of action it has or may have to this remaining amount.

WHEREFORE, the Court hereby finds that the United States has furnished due and legal notice of this proceeding as required by statute and that all persons

known to the United States to have a possible interest in the Defendant Property have received notice in this action.

Therefore, IT IS HEREBY ORDERED AS FOLLOWS:

1. The United States, through the U.S. Marshals Service, shall release a portion of Defendant $122,584.00, to wit, $91,143.59 (Ninety-One Thousand One Hundred Forty-Three Dollars and Fifty-Nine Cents), plus accrued interest on the amount to be released, to Claimant via its counsel, Theodor Bruening, Esq. Claimant shall not be entitled to receive any further payment from the United States as a result of the investigation and seizure described in the verfied civil forfeiture complaint in this action.

2. A Final Judgment of Forfeiture is hereby entered in favor of the United States against the following:

   a. The remaining $31,440.41 (Thirty-One Thousand Four Hundred Forty Dollars and Forty-One Cents) of Defendant $122,584.00 in funds from JPMorgan Chase Bank account number ending 2982 held in the name of Ecommerce National LLC also known as Any and All Funds up to $122,574.00 Maintained in J.P. Morgan Chase Account Number XXXXX2892 in the Name of Ecommerce National LLC;

   b. Defendant $58,512.36 in funds from JPMorgan Chase Bank account number ending 0887 held in the name of Ecommerce National LLC also known as Any and All Funds up to $389,800.00 Maintained in J.P.

4

Morgan Chase account number xxxxx0887 in the Name of Ecommerce National LLC; and,

c. Defendant $1,190.82 in funds from Wells Fargo Bank account number ending 5130 held in the name of Ecommerce National LLC also known as Any and All Funds Maintained in Wells Fargo Bank Account Number XXXXXX5130 in the Name of Ecommerce National LLC,

which shall be disposed of by the U.S. Marshals Service according to law and the terms of this Order.

3. Nothing in the Stipulation of Final Settlement and Release of All Claims, nor in this Consent Order of Forfeiture and Final Judgment, shall prevent the Federal Government from exercising its right to offset any funds to be released to Claimant for any outstanding tax liability of the Claimant as authorized by applicable laws.

4. This settlement does not constitute, and shall not be construed as, an admission of liability, culpability, or wrongdoing by Claimant.

5.   Each party shall bear its own costs of suit and attorneys' fees.

SO ORDERED this ____6th____ day of December, 2024.

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE

Presented by:

_____
THEODOR BRUENING
New York Bar No. 4961462
Hecht Partners LLP
125 Park Ave. 25th Floor
New York, NY 10017
E: tbruening@hechtpartners.com
P: (646) 396-6452


Attorneys for Claimant
ECOMMERCE NATIONAL LLC

_____
SEKRET T. SNEED
Assistant United States Attorney
Georgia Bar No. 252939
600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
(404) 581-6000
sekret.sneed@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

6